IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| NO STRAW, LLC, a Georgia Limited Liability Company, *et al.*, | : : : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION NO. : 2:12-CV-0182-RWS : |
| STOUT STREET FUNDING, LLC, a Delaware Limited Liability Company*, et al.*, | : : : : |
| Defendant. | : : |

## ORDER

This case is before the Court for consideration of the February 4, 2013 Report and Recommendation [31] and the March 14, 2013 Report and Recommendation [44] of Magistrate Judge J. Clay Fuller.  After reviewing these Reports and Recommendations, they are received with approval and adopted as the Opinion and Order of this Court.  Accordingly, Defendants Atlanta Private Lending, LLC and James Melton's Motion to Enforce Settlement [33] is **GRANTED**, and all claims against these Defendants are **DISMISSED, WITH PREJUDICE**.  Defendant Stout Street Funding, LLC's Motion to Dismiss as to Counts One, Two and Three of Plaintiffs' Complaint [14] is **GRANTED**.  These counts include the only federal claims against

AO 72A
(Rev.8/82)

Defendant, and the Court declines to exercise supplemental jurisdiction over the remaining state law claims.  Therefore, the remaining state law claims against Defendant Stout Street Funding, LLC are **DISMISSED**, **WITHOUT PREJUDICE**.  Plaintiffs' Motion for Leave to File First Amended Complaint [19] is **DENIED**.  The Clerk shall close the case.

    **SO ORDERED**, this   14th   day of June, 2013.


                      **RICHARD W. STORY**
                      United States District Judge