# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

NO STRAW, LLC, a Georgia           :
Limited Liability Company, *et al.*,    :
                                   :
        Plaintiffs,                :
                                   :        CIVIL ACTION NO.
        v.                         :        2:12-CV-0182-RWS
                                   :
STOUT STREET FUNDING,              :
LLC, a Delaware Limited Liability  :
Company*, et al.*,                 :
                                   :
        Defendant.                 :

## <u>ORDER</u>

This case is before the Court for consideration of the February 4, 2013

Report and Recommendation [31] and the March 14, 2013 Report and

Recommendation [44] of Magistrate Judge J. Clay Fuller.  After reviewing

these Reports and Recommendations, they are received with approval and

adopted as the Opinion and Order of this Court.  Accordingly, Defendants

Atlanta Private Lending, LLC and James Melton's Motion to Enforce

Settlement [33] is **GRANTED**, and all claims against these Defendants are

**DISMISSED, WITH PREJUDICE**.  Defendant Stout Street Funding, LLC's

Motion to Dismiss as to Counts One, Two and Three of Plaintiffs' Complaint

[14] is **GRANTED**.  These counts include the only federal claims against

AO 72A
(Rev.8/82)

Defendant, and the Court declines to exercise supplemental jurisdiction over the remaining state law claims.  Therefore, the remaining state law claims against Defendant Stout Street Funding, LLC are **DISMISSED**, **WITHOUT PREJUDICE**.  Plaintiffs' Motion for Leave to File First Amended Complaint [19] is **DENIED**.  The Clerk shall close the case.

      **SO ORDERED**, this __14th__ day of June, 2013.


                             **RICHARD W. STORY**
                             United States District Judge

AO 72A
(Rev.8/82)